C. A. No. 77-193.   STATE *v.* ROBERT D. SMITH. The motion of defendant Robert D. Smith for release on bail pending

appeal is denied. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, *E. Martin Stutchfield,* Special Assistant General, for plaintiff. *Hanson, Curran & Parks, Dennis J. McCarten,* for defendant.